# United States Bankruptcy Court
## Northern District of Georgia

In re **Bobby Damon Ingram**
Debtor(s)

Case No.
Chapter **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Bobby Damon Ingram**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☑ I am self-employed; or

☑ My employer did not provide pay stubs.

☐ Other

Date **January 11, 2022**     Signature *Bobby Damon Ingram*

**Bobby Damon Ingram**
Debtor