UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| BOBBY DAMON INGRAM, | CHAPTER 7 |
| DEBTOR | CASE NO. 22-50570-SMS |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Bobby Damon Ingram has filed a Motion to Convert to Chapter 13 with the Court seeking an Order converting this Chapter 7 Case to a Chapter 13 Case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing on the Motion at the following toll-free number: **833-568-8864 Meeting ID 161 179 4270 at 10:15 AM on June 8, 2022** in **Courtroom 1201, Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This April 27, 2022

    Respectfully Submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Debtor
    State Bar No. 700884
    342 North Clarendon Avenue
    Scottdale, GA 30079
    404-499- 2700
    contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| BOBBY DAMON INGRAM, | CHAPTER 7 |
| DEBTOR | CASE NO. 22-50570-SMS |

### MOTION TO CONVERT TO CHAPTER 13

Comes now the Debtor, Bobby Damon Ingram, by and through the undersigned counsel, and files this Motion and shows to this Honorable Court the following:

1.

This case was commenced on January 21, 2022 by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334; 28 U.S.C. Section 151 et seq; and, 11 U.S.C. Section 151 et seq. Venue is appropriate pursuant to 28 U.S.C. Section 1409. This contested matter is core proceeding as defined in 28 U.S.C. Section 157(b)(2)(A).

3.

11 U.S.C. §706(a) provides that "The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection is unenforceable." In enacting §706(a), "Congress gave 'honest but unfortunate debtor[s] the chance to repay their debts should they acquire the means to do so." *Marrama v. Citizens Bank of Massachusetts*, 549 U.S. 365 (2007) (internal citation omitted).

4.

Conversion to Chapter 13 should only be denied if the party opposing conversion meets its burden of showing that one of the conditions enumerated in 11 § 1307(c) is present.

5.

Since filing the Chapter 7 case, there have been a couple of changes to his financial situation that will make repayment of claims feasible. First, the 2020 Cadillac Escalade was totaled in an auto accident two weeks ago and the loan will be fully satisfied by insurance proceeds. Given that the Escalade had a very high monthly payment, this will free up some money for Debtor's plan payment. Additionally, with the economy reopening, especially in the transportation sector, Debtor's transportation business is generating significantly more income, approaching pre-pandemic levels. Therefore, Debtor believes that he will be able to propose a 100% repayment of debts depending on whether business debts file claims.

WHEREFORE, Debtor prays that this Court:

A.　Hold a hearing, if necessary, to inquire into this matter;

B.　Convert this Case to a Chapter 13;

C.　Appoint a Chapter 13 Trustee to administer the estate;

D.　Grant such other and further relief as this Court deems just and equitable.

E.

Dated: April 27, 2022　　　　　　　　　　　　　Respectfully Submitted,

JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor

                                            State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| BOBBY DAMON INGRAM, | CHAPTER 7 |
| DEBTOR | CASE NO. 22-50570-SMS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Notice of Hearing" and "Motion to Convert to Chapter 13" to the following:

S. Gregory Hays, Chapter 13 Trustee        *Electronically*

Bobby Damon Ingram
1404 Montclair Ct SE
Smyrna, GA 30080

Creditors Reflected on the
Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: April 27, 2022

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-50570-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Apr 21 10:30:01 EDT 2022 | Ally Financial<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Antonio Berry<br>2304A Duckhead Ct.<br>Graham, NC 27253-8802 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177-5323 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Farm Bureau Bank<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Farm Bureau Bank<br>Attn: Bankruptcy<br>Po Box 33427<br>San Antonio, TX 78265-3427 |
| Farm Bureau Bank FSB<br>Attn: Bankruptcy<br>Po Box 33427<br>San Antonio, TX 78265-3427 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| IRS Insolvency Unit<br>401 W. Peachtree St., NW<br>Room 400, Stop 334-D<br>Atlanta, GA 30308 | Bobby Damon Ingram<br>1404 Montclair Ct SE<br>Smyrna, GA 30080-3799 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Regions Bank<br>PO Box 2224<br>Birmingham, AL 35246-0001 | Christopher J. Sleeper<br>Jeff Field & Associates<br>342 North Clarendon Avenue<br>Scottdale, GA 30079-1320 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0005 |
| Suntrust Bank Atlanta<br>Attn: Bankruptcy<br>Mailcode VA-RVW-6290 POB 8509<br>Richmond, VA 23286-0001 | Tarunda Hurt<br>4302 Arbor Gates Dr. NE<br>Atlanta, GA 30324-5616 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Card Services<br>PO Box 51193<br>Los Angeles, CA 90051-5493 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>National Bank by Mail<br>PO Box 6185<br>Westerville, OH 43086 | Georgia Department of Revenue<br>Compliance Division<br>1800 Century Blvd., NE, S9100<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    0<br>Total                 26 |