# LUXLANE INC.

## Profit and Loss
### January 2022

|  | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 6,648.55 |
| **Total Income** | **$6,648.55** |
| **GROSS PROFIT** | **$6,648.55** |
| Expenses | |
|   Advertising & Marketing | 504.58 |
|   Car & Truck | 922.02 |
|   Contractors | 2,111.30 |
|   Insurance | 93.28 |
|   Job Supplies | 107.32 |
|   Meals & Entertainment | 178.32 |
|   Office Supplies & Software | -34.35 |
|   Other Business Expenses | 228.94 |
|   Repairs & Maintenance | 1,400.00 |
|   Taxes & Licenses | 692.78 |
|   Utilities | 89.03 |
| **Total Expenses** | **$6,293.22** |
| **NET OPERATING INCOME** | **$355.33** |
| **NET INCOME** | **$355.33** |

# LUXLANE INC.

## Profit and Loss
### February 2022

|  | TOTAL |
|---|---:|
| Income |  |
|   Sales | 2,303.96 |
| **Total Income** | **$2,303.96** |
| **GROSS PROFIT** | **$2,303.96** |
| Expenses |  |
|   Car & Truck | 1,296.99 |
|   Contractors | 1,760.00 |
|   Insurance | 93.28 |
|   Job Supplies | 70.55 |
|   Legal & Professional Services | 44.20 |
|   Meals & Entertainment | 140.88 |
|   Other Business Expenses | 313.04 |
|   Taxes & Licenses | 1,043.55 |
|   Utilities | 89.03 |
| **Total Expenses** | **$4,851.52** |
| **NET OPERATING INCOME** | **$ -2,547.56** |
| **NET INCOME** | **$ -2,547.56** |

# LUXLANE INC.

## Profit and Loss
### March 2022

|  | TOTAL |
|---|---:|
| Income | |
|   Sales | 15,709.74 |
| **Total Income** | **$15,709.74** |
| **GROSS PROFIT** | **$15,709.74** |
| Expenses | |
|   Bank Charges & Fees | 36.00 |
|   Car & Truck | 1,250.24 |
|   Contractors | 12,000.14 |
|   Insurance | 496.25 |
|   Job Supplies | 270.79 |
|   Legal & Professional Services | 145.00 |
|   Meals & Entertainment | 399.07 |
|   Other Business Expenses | 884.84 |
|   Taxes & Licenses | 312.95 |
|   Utilities | 186.03 |
| **Total Expenses** | **$15,981.31** |
| **NET OPERATING INCOME** | **$ -271.57** |
| **NET INCOME** | **$ -271.57** |

# LUXLANE INC.

Profit and Loss

April 2022

|  | TOTAL |
|---|---|
| Income | |
|   Sales | 11,583.25 |
| **Total Income** | **$11,583.25** |
| **GROSS PROFIT** | **$11,583.25** |
| Expenses | |
|   Car & Truck | 1,828.78 |
|   Contractors | 5,453.00 |
|   Insurance | 93.28 |
|   Job Supplies | 63.45 |
|   Meals & Entertainment | 564.10 |
|   Other Business Expenses | 862.12 |
|   Taxes & Licenses | 1,685.94 |
|   Utilities | 148.66 |
| **Total Expenses** | **$10,699.33** |
| **NET OPERATING INCOME** | **$883.92** |
| **NET INCOME** | **$883.92** |